UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:08CR189 RWS |
| | ) | |
| ANDREW J. WARREN, | ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

This matter is before me on Defendant's Objection to the Order and Recommendation of the United States Magistrate Judge.

Defendant Warren filed his motion to suppress evidence and statements. The pre-trial motions were assigned to United States Magistrate Judge David D. Noce pursuant to 28 U.S.C. § 636(b).

In his Report and Recommendation Judge Noce recommended that the motion to suppress evidence and statements be denied.

I have conducted a *de novo* review of the evidentiary hearing, the briefs filed by the parties and the relevant case law.

I adopt the thorough reasoning and conclusions of Judge Noce.

Search Warrant

Judge Noce correctly found that a further <u>Franks</u> hearing is not necessary. Judge Noce reached his decision based on his analysis that even if the challenged portions of the application for a search warrant were deleted, the remaining allegations joined a sufficient bases for the state judge to find probable cause to issue the search warrant.  <u>United States v. Luleff</u> 15 F.3d 765, 768 (8th Cir. 1994). A further hearing under <u>Franks v.</u> <u>Deleware</u> 438 U.S. 154 (1978) is not necessary and the motion to suppress evidence will be denied.

Statements

Defendant Warren also challenges the voluntariness of statements made after his arrest without a lawyer present.

Warren argues that he was questioned despite his request for an attorney. The transcript of the interrogation establishes that Warren did *not* at any time, unambiguously and unequivocally ask for an attorney.  As a result, his statements may be used against him.

Accordingly, based on my *de novo* review,

**IT IS HEREBY ORDERED** defendant Andrew J. Warren's motions to suppress physical evidence and his statements [#11, 20, 21] are denied.

**IT IS FURTHER ORDERED** that the Report and Recommendation of the

United States Magistrate Judge [#34] is **SUSTAINED, ADOPTED, and**

**INCORPORATED** herein.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 30th day of September, 2008.